EDMUND G. BROWN JR.
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
KENNETH C. BYRNE
Supervising Deputy Attorney General
DAVID ZARMI
Deputy Attorney General
State Bar No. 245636
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 576-1336
 Fax:  (213) 897-6496
 E-mail:  DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WESLEY McINTOSH,**<br><br>                    Petitioner,<br><br>       v.<br><br>**THE PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>                    Respondent. | Case No. CV 09-4881 RGK (FMO)<br><br>**ORDER**<br><br>**NOTE CHANGES MADE BY THE COURT.** |

Having considered Respondent's application for a third enlargement of time, and good cause appearing, **IT IS HEREBY ORDERED** that the application is GRANTED and that Respondent is granted until November 9, 2009, to file a Motion to Dismiss, and December 7, 2009, to file a Return.  Petitioner shall file and serve (on Respondent's counsel) his Opposition to Motion to Dismiss no later than 30 days from the date of service.  Petitioner shall file and serve his Reply no later than January 6, 2010.  The Court's original Order filed on July 10, 2009, otherwise

/ / /

/ / /

1 | remains in effect.

2 | Presented by: **/s/ David Zarmi**
3 |             Deputy Attorney General

4 | Dated: 10/8/09    _____/s/_____
5 |                                                    The Honorable Fernando M. Olguin
6 |                                                    United States Magistrate Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28