# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

CLERK, U.S. DISTRICT COURT
OCT 14 2009
CENTRAL DISTRICT OF CALIFORNIA
BY MV

To: ☐ U.S. District Judge / ☒ U.S. Magistrate Judge **FMO**

From: **M. Ramirez**, Deputy Clerk    Date Received: **10-13-09**

Case No.: **CV09-4881 RGK(FMO)**   Case Title: **McIntosh v. The People of the State**

Document Entitled: **Motion Objecting Respondent's third Enlargement of Time and Declaration of Wesley McIntosh**

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1 — Document not legible
- ☐ Local Rule 11-3.8 — Lacking name, address, phone and facsimile numbers
- ☒ Local Rule 11-4.1 — No copy provided for judge
- ☐ Local Rule 19-1 — Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1 — Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6 — Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 — Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1 — No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1 — Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1 — Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 — Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1 — Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6 — Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d) — No proof of service attached to document(s)
- ☐ Other: _____

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                          U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

**10-14-09**                  _Fernando M. Olguin_
Date                          U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

Wesley McIntosh
239 E. 7th St. #159
Los Angeles, CA. 90014

Indigent! No money. Please send copies to all interested parties that are necessary.

1)
2) United States District Court
   For The Central District of California
3)
4)
5) Wesley McIntosh
6)        Plaintiff,
7)     V.
8) The People of the State of California
9)        Respondent
10)
11)

Case No. CV-09-4881 RGK(FMO)

Motion Objecting Respondent's Third Enlargement of Time and Declaration of Wesley McIntosh

12) For all Preliminary Purposes, the Petitioner Wesley McIntosh
13) hereby's objects to the Respondents wanting extra time to file
14) its Motion to Dismiss. Furthermore, it has not yet been established
15) that the U.S. District Court ever granted the Respondents
16) Second Request for an Enlargement of Time. Anyway, however
17) if this honorable Court grants the Respondents Request for
18) Enlargement of time, the Petitioner in this case humbly ask
19) that this be its last. The Respondent has had plenty of time
20) to view all the paper work involved in this case, including
21) the petition for review and believes the Respondent is
22) making up excuses to further delay the proceedings.
23) Also, the Petitioner is not currently incarcerated as Respondent is stating
24) in its motion and Petitioner has given both this Court and
25) the Respondent its address back in July of 2009. The Petitioner
26) could still be reached at the address above, which is the same
27) address that was given to Respondent in Petitioner's 'Change
28) of Address' Motion. The Petitioner motions this court at this
    time to grant Petitioners appeal and reverse the Superior Court's
    ruling and or verdict,

RECEIVED
CLERK, U.S. DICTRICT COURT
OCT 13 2009
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

RECEIVED AND RETURNED
CLERK, U.S. DISTRICT COURT
OCT 14 2009
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY