**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESLEY McINTOSH,<br><br>        Petitioner,<br><br>        v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent. | NO. CV 09-4881 RGK (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: August 2, 2010.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE